BEFORE THE THIRD DIVISION, JANUARY 8, 1951

**No. 55083.**—Wing Chong Lung et al. *v.* United States, protests 818361–G, etc. (Los Angeles).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55084.**—Chong Sing Company et al. *v.* United States, protests 92611–K, etc. (San Francisco).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55085.**—McCabe Bros. Grain Co. et al. *v.* United States, protests 117820–K (A), etc. (Duluth).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55086.**—The Nippon Co. et al. *v.* United States, protests 158677–K, etc. (San Francisco).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55087.**—Julius Garfinckel & Company and Woodward & Lothrop *v.* United States, protests 153217–K and 153218–K (Baltimore).

Opinion by EKWALL, J.   It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732.   In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 55088.**—Murray R. Bowdan & Company *v.* United States, protest 162487–K (Baltimore).

Opinion by EKWALL, J.   An examination of the record disclosing nothing that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.